UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL DOCTOR JOHN OR JANE DOE, *et al.*,<br><br>    Defendants. | Case No. 24–cv–08130–ESK–SAK<br><br>OPINION AND ORDER<br><br>APPOINTING COUNSEL |

    **THIS MATTER** comes before the Court on plaintiff Michael Sanders's civil rights complaint filed pursuant to 42 U.S.C. § 1983 (Complaint). (ECF No. 1.) As plaintiff is proceeding *in forma pauperis*, I must review the Complaint to determine whether it should be dismissed as frivolous or malicious, for failure to state a claim upon which relief may be granted, or because it seeks monetary relief from a defendant immune from such relief. 28 U.S.C. § 1915(e)(2).

    Plaintiff alleges that two unidentified medical professionals denied him access to his blood pressure medication and forced him to sleep on the floor that was covered by mice and insects. (ECF No. 1 p. 4.) I will permit these claims to proceed. However, the U.S. Marshals cannot serve John Doe defendants. Therefore, I find good cause to appoint counsel for the limited purpose of assisting plaintiff with identifying the defendants, including through the use of subpoenas, and filing an amended complaint. *Tabron v. Grace*, 6 F.3d 147, 153–54 (3d Cir. 1993).

    **IT IS** on this   **8th** day of **August 2025**   **ORDERED** that:

    1.   The Complaint may proceed.

    2.   The Clerk shall select an attorney from the civil pro bono panel, 28 U.S.C. § 1915.

    3.   The selected attorney shall enter a notice of appearance within 14 days of their appointment.

2

4. The attorney's appointment is limited to identifying the John and Jane Doe defendants, including but not limited to through the use of subpoenas pursuant to Federal Rule of Civil Procedure 45, and filing an appropriate amended complaint.

5. The time for service under Federal Rule of Civil Procedure 4 is stayed pending further order.

6. The Clerk shall send copies of the Opinion and Order to petitioner by regular mail and mark this case closed.

　　　　　　　　　　　　　　　　　　　　 /s/ Edward S. Kiel　　　　
　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**